UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | : | |
| DONNA M. SCLAMO, | : | |
| f/k/a DONNA M. ANDRE, | : | Chapter 7 |
| Debtor | : | No. 05-45384-JBR |
| _____ | : | |
| WORCESTER HOUSING | : | |
| AUTHORITY, | : | |
| Plaintiff | : | |
| v. | : | A.P. No. 05-4316 |
| DONNA M. SCLAMO, | : | |
| Defendant | : | |
| _____ | : | |

## ORDER

In accordance with the Court's oral decision dictated into the record on December 19, 2006, the Court hereby enters judgment for the Plaintiff, Worcester Housing Authority, in the above captioned adversary proceeding. The claim of Worcester Housing Authority for rental subsidies is determined to be excepted from discharge.

Dated: December 19, 2006

By the Court,

*Joel B. Rosenthal*
Joel B. Rosenthal
United States Bankruptcy Judge